IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ERNEST E. ELLISON AND
THERESA SIMMONS-ELLISON                                      PLAINTIFFS

v.                      Case No. 11-5070

WAL-MART STORES, INC.                                         DEFENDANT


### J U D G M E N T

For reasons set forth in the Memorandum Opinion and Order, filed contemporaneously herewith, Defendant's Motion for Summary Judgment (Doc. 17) is **GRANTED**. **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 3rd day of April, 2012.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge